**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Brian D. HERRON,
Defendant/Appellant.**

**Brian D. HERRON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 60564, 62993.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 10, 1993.

Brad B. Baker, Office of the State Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Defendant was charged and convicted of first degree murder. Thereafter, he filed a motion for post conviction relief which was denied. Defendant appeals; we affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).